# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| KATRINA LASHAYA HURLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-CV-131-WLS |
| | : | |
| DANIEL BRIAN DOEHRING, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

## **ORDER**

Plaintiff Katrina Hurley filed a complaint against Defendant Brian Doehring on October 13, 2021. (Doc. 1). Therein, Plaintiff alleges that Plaintiff sustained injuries when Defendant was traveling on Interstate 75 in Turner County, Georgia and pulled a trailer in the center lane, which ended up colliding with Plaintiff's vehicle when she was traveling in the left lane of the same road. (*Id.*)

Summons were also issued to Defendant on October 13, 2021 (Doc. 2). The proofs of service upon Defendant have been docketed as "summons returned executed" (Doc. 3) on October 20, 2021, which include an affidavit of the process server, stating that the server personally served Defendant with summons, a copy of the complaint, and other initial pleading or papers on October 14, 2021.

Since then, no other action has been taken by either Party, and Defendant has not filed his answer or motion in response to Plaintiff's complaint as of entry of this Order. (*See generally* the Docket).

1

Therefore, the Plaintiff is **NOTICED** that it is Plaintiff's responsibility to prosecute her case. Failure to do so may result in dismissal of the case.

**SO ORDERED,** this  12th  day of January 2023.

                                       /s/ W. Louis Sands
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**