IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KATRINA LASHAYA HURLEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-131 (WLS) |
| | * |
| DANIEL BRIAN DOEHRING, | * |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 16, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of October, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk